BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 1 OF TOWNS OF DRYDEN AND GROTON, Appellant, v. ONONTARIO CORPORATION, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.